# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

December 30, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

The request is GRANTED in part. The initial pretrial conference is rescheduled to February 3, 2025 at 3:30 pm.

The Clerk of Court is directed to terminate the motion at Dkt. 9.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: December 30, 2024

Re:    *Calcano v. Brickhouse Athletics LLC*
       Case No.: 1:24-cv-7518

Dear Judge Subramanian,

The undersigned represents Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Brickhouse Athletics LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for January 6, 2025, at 3:30 p.m (Dkt. 6) be adjourned for 60 days because Counsel for the Defendant was recently retained and needs time to review this matter thoroughly and consult with their Client. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.